**Jon Moog <jmoog@montanaodc.org>** May 27 at 2:58 PM

**To matthewmonforton@yahoo.com**

Mr. Monforton:

I sent the below email to your client this morning at 9:07, and just received your fax.  We did not receive a written grievance, just a transcript of your client's radio advertisement narrated by Mr. Cox from Judge Langton's law clerk.  I look forward to your response.  And to clarify, are you also representing Mr. Myers in the pending complaint before the Commission?

Regards,


Jon G. Moog
Deputy Disciplinary Counsel
Office of Disciplinary Counsel
PO Box 1099
Helena, MT  59624-1099
(406) 442-1648
(406) 442-2685 (fax)