AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana ☑

| | |
|---|---|
| Robert Myers <br> *Plaintiff(s)* <br> v. <br> Shaun Thompson <br> *Defendant(s)* | Civil Action No. CV-16-45-H-DWM-JCL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shaun Thompson
Office of Disciplinary Counsel
314 N. Last Chance Gulch, Suite 200
Helean, MT 59624

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Monforton
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
406-570-2949
matthewmonforton@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 7, 2016

Signature of Clerk or Deputy Clerk