AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Montana _____

Robert Myers
      Plaintiff (s),
V.
Shaun Thompson
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 16-45-H-DWM-JCL

Notice is hereby given that, subject to approval by the court, __Robert Myers__ substitutes
                                                                     (Party (s) Name)

Robert Myers __(Pro Se)__, State Bar No. __11434__ as counsel of record in
            (Name of New Attorney)

place of __Matthew Monforton__.
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Robert Myers |
| Address: | 555 Skyfire Dr. Hamilton, MT 59840 |
| Telephone: | (406) 369-8015    Facsimile |
| E-Mail (Optional): | robertcmyers@outlook.com |

I consent to the above substitution.
Date: 5/23/2017

_____
(Signature of Party (s))

I consent to being substituted.
Date: 5/23/2017

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/23/2017

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]