ANDRES HALADAY
Assistant Attorney General
Agency Legal Services Bureau
1712 Ninth Avenue
P.O. Box 201440
Helena, MT 59620-1440
Telephone:  (406) 444-2026
Facsimile:  (406) 444-4303
Ahaladay2@mt.gov

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAUN R. THOMPSON, in his official capacity as Chief Disciplinary Counsel for the State of Montana,<br><br>　　　　Defendants. | Case No. CV-16-45-H-DWM-JCL<br><br>**MOTION TO SUBSTITUTE DEFENDANT** |

　　Pursuant to F.R.Civ.P. 25(d), Defendant moves to substitute Michael Cotter for Shaun Thompson.  Shaun Thompson is no longer the Chief Disciplinary Counsel for the State of Montana.  Michael Cotter has assumed that role.

Plaintiff does not oppose this Motion.

DATED this 26th day of July, 2017.

>AGENCY LEGAL SERVICES BUREAU
>1712 Ninth Avenue
>P.O. Box 201440
>Helena, MT 59620-1440
>
>COUNSEL FOR DEFENDANTS
>
>By:  /s/ Andres Haladay
>     ANDRES HALADAY
>     Assistant Attorney General