IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>  Plaintiff,<br><br>vs.<br><br>SHAUN R. THOMPSON, in his official capacity as Chief Disciplinary counsel for the State of Montana,<br><br>  Defendant. | CV 16-45-H-DWM-JCL<br><br>ORDER |

IT IS ORDERED that Defendant's unopposed motion to substitute Michael Cotter for Shaun Thompson as the named Defendant is GRANTED.

DATED this 26th day of July, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1