| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 1 2018<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROBERT MYERS,

    Plaintiff-Appellant,

v.

MICHAEL W. COTTER, in his official capacity as Chief Disciplinary Counsel for the State of Montana,

    Defendant-Appellee.

No. 17-35846

D.C. No. 6:16-cv-00045-DWM-JCL
District of Montana, Helena

ORDER

The stipulated motion (Docket Entry No. 8) to dismiss the appeal under Federal Rules of Appellate Procedure 42(b) is granted. The costs and fees shall be allocated pursuant to the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

The motion at Docket Entry No. 7 is denied as moot.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT


    By: Grace Santos
    Deputy Clerk
    Ninth Circuit Rule 27-7

GS 02/26/2018/Pro Mo